IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2066-DDD-STV

MANUEL ALFRED VEGA,

    Plaintiff,

v.

JEFF SHRADER;
SCOTT HAPP;
ROB REARDON;
MONICA ALBERS;
GARY GITTENS; and
LATOYA SAYERS,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Motion to Dismiss, filed on November 4, 2022, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant Shrader's objections (Doc. 174) to Magistrate Judge Varholak's recommendation are SUSTAINED. Plaintiff's objection is OVERRULED. It is further

ORDERED that judgment is hereby entered in favor of Defendants, Jeff Shrader; Scott Happ; Rob Reardon; Monica Albers; Gary Gittens; and Latoya Sayers, and against, Plaintiff, Manuel Alfred Vega. It is further

ORDERED that Plaintiff's complaint is dismissed without prejudice.

DATED at Denver, Colorado this 7th day of November, 2022.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk